UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61953-DIMITROULEAS/AUGUSTIN-BIRCH

**VINCENT TUCKER,**

 **Plaintiff,**

v.

**BLACKFISK MARINE, LLC**
**and JEAN TRAYNOR,**

 **Defendants.**
_____/

**REPORT AND RECOMMENDATION TO EXTEND**
**THE DURATION OF THE TEMPORARY RESTRAINING ORDER**

 On January 10, 2023, the Honorable William P. Dimitrouleas, United States District Judge, issued a Temporary Restraining Order in this matter that is to "remain in effect until a preliminary injunction hearing is held, to take place within fourteen (14) days of the issuance of" the Temporary Restraining Order, "unless before that time the Court, for good cause, extends it for a like period or an adverse party consents to a longer extension." DE 62 at 5. Judge Dimitrouleas also referred Plaintiff's Motion for a Preliminary Injunction to the undersigned Magistrate Judge. *Id.* at 6.

 This Court held a status conference on January 11, 2023, to address scheduling the preliminary injunction hearing. At the status conference, Attorney Cody Schilling appeared in person on behalf of Plaintiff Vincent Tucker, Mr. Tucker appeared via Zoom, Attorney Benjamin Olive appeared in person on behalf of Defendant Blackfisk Marine, LLC, Attorney Chris Kleppin appeared in person on behalf of Defendant Jean Traynor, and Mr. Traynor appeared in person. When comparing the three attorneys' schedules in an attempt to select a date for the preliminary injunction hearing, it became apparent that, due to various trials and hearings that the attorneys have in other matters, the preliminary injunction hearing cannot be held within the 14-day duration of the Temporary

Restraining Order. Each of the three attorneys therefore consented on behalf of his client to the Temporary Restraining Order remaining in effect for a longer period of time, through the time required for the Court to hold the preliminary injunction hearing and issue a Report and Recommendation on Plaintiff's Motion for a Preliminary Injunction and for the parties to file any objections to the Court's Report and Recommendation. The Court finds good cause for such an extension based on the parties' consent and the attorneys' availability. By separate Order, the Court is scheduling the preliminary injunction hearing to take place on February 2, 2023, at 1:00 p.m., and the Court intends to thereafter issue its Report and Recommendation expeditiously.

Accordingly, the Court **RECOMMENDS** that that the duration of the Temporary Restraining Order be extended such that it will remain in effect through the time required for this Court to hold the preliminary injunction hearing and issue a Report and Recommendation on Plaintiff's Motion for a Preliminary Injunction and for the parties to file any objections to this Court's Report and Recommendation.

A party has a right to, within 14 days of being served with a copy of this Report and Recommendation, serve and file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(a). Failure to timely object waives the right to challenge on appeal the District Court's Order based on unobjected-to factual and legal conclusions contained in the Report and Recommendation. 11th Cir. R. 3-1 (2014). **If a party has no objection to this Report and Recommendation, the party shall expeditiously file a notice of non-objection.**

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, this 11th day of January, 2023.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE