UNITED ITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61953-CIV-DIMITROULEAS

VINCENT TUCKER,

    Plaintiff,

vs.

BLACKFISK MARINE, LLC,
a Florida limited liability company,
and JEAN TRAYNOR, an individual,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Court's January 10, 2023 Order Granting, in Part, *Ex Parte* Motion for Temporary Restraining Order ("Temporary Restraining Order") [DE 62], and the January 11, 2023 Report and Recommendation of Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 65].

The Report recommends that the Court extend the duration of the Temporary Restraining Order such that it will remain in effect through the time required for this Court to hold the preliminary injunction hearing and issue a Report and Recommendation on Plaintiff's Motion for Preliminary Injunction and for the parties to file any objections to the Court's Report and Recommendation. *See* [DE 65]. On January 12, 2023, Plaintiff Vincent Tucker and Defendant Blackfisk Marine LLC filed notices of non-objection to the Report. *See* [DE's 69, 74]. On January 13, 2023, Defendant Jean Traynor filed a notice of non-objection to the Report. *See* [DE 75].

Although all parties have indicated their non-objection to the Report, the Court has conducted a *de novo* review of the Report [DE 65] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's conclusion that the duration of the Temporary Restraining Order should be extended given the parties' consent and the attorneys' availability.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 65] is hereby **ADOPTED** and **APPROVED**.

2. The Temporary Restraining Order is extended such that it will remain in effect through the time required for this Court to hold the preliminary injunction hearing and issue a Report and Recommendation on Plaintiff's Motion for Preliminary Injunction and for the parties to file any objections to the Report and Recommendation.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of January 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Augustin-Birch

---

[1] If appropriate, Magistrate Judge Augustin-Birch may order an expedited objection period.