UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61953-CIV-DIMITROULEAS

VINCENT TUCKER,

    Plaintiff,

v.

BLACKFISK MARINE, LLC and
JEAN TRAYNOR,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION TO STAY

THIS CAUSE is before the Court upon the Motion to Stay Pending Outcome of Ownership of Blackfisk Marine, LLC Which is Pending in State Court (the "Motion") [DE 30] and the January 12, 2023 Report and Recommendation of United States Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 70].  The Court notes that no objections to the Report [DE 70] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 70] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 70] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 70] is **ADOPTED** and **APPROVED**; and

2. The Motion to Stay Pending Outcome of Ownership of Blackfisk Marine, LLC Which is Pending in State Court [DE 30] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of January, 2023.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record