UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61953-DIMITROULEAS/AUGUSTIN-BIRCH

VINCENT TUCKER,

    Plaintiff,

v.

BLACKFISK MARINE, LLC,
a Florida limited liability company,
and JEAN TRAYNOR, an individual,

    Defendants.
_____/

## REPORT AND RECOMMENDATION TO MODIFY THE TEMPORARY RESTRAINING ORDER TO ALLOW BLACKFISK MARINE, LLC TO MOVE SUBJECT VESSELS FOR A SEA-TRIAL

On January 10, 2023, the Honorable William P. Dimitrouleas, United States District Judge, issued a Temporary Restraining Order ("TRO") in this matter that directed Defendant Blackfisk Marine, LLC to "maintain the rigid inflatable boats and any other equipment and inventory in a safe and secure location and inform the Court and all parties of said location." DE 62 at 4. The TRO further directed Defendant Blackfisk Marine, LLC to "update the Court and all parties, should the location of the rigid inflatable boats and any equipment and inventory be moved to another location." *Id.* Pursuant to the TRO and likely in an abundance of caution, the Parties have requested an Order "[p]ermitting Blackfisk [Marine] to move the vessels to a boat-ramp in Fort Lauderdale, Florida for purposes of conducting a sea-trial and otherwise permitting movement of the vessels upon agreement of the parties for the purposes of facilitating settlement." DE 92 at 3. As the Parties indicated that they have "reached an agreement in principle, subject to a satisfactory inspection and sea-trial of various vessels within Blackfisk's inventory," *Id.* ¶ 7, the undersigned

finds good cause to permit Blackfisk Marine, LLC to move the subject vessels to a boat ramp in Fort Lauderdale, Florida and to otherwise permit the movement of the vessels for the purpose of facilitating settlement.

Accordingly, the undersigned **RECOMMENDS** that the Court enter an Order allowing Defendant Blackfisk Marine, LLC to move the subject vessels to a boat ramp in Fort Lauderdale, Florida so that a sea-trial can be conducted on the subject vessels and otherwise permitting movement of the vessels upon agreement of the parties for the purposes of facilitating settlement, leaving the remainder of the TRO undisturbed.

A party has a right to, within 14 days of being served with a copy of this Report and Recommendation, serve and file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(a). However, the undersigned suggests that since the Parties have filed a Joint Unopposed Motion to Continue Hearing on Preliminary Injunction and to Extend the Duration of the Temporary Restraining Order [DE 92], and the Parties are in agreement as to requested relief or the requested relief is otherwise unopposed, such a period of objection is unnecessary.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 2nd day of February, 2023.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE