UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61953-CIV-DIMITROULEAS

VINCENT TUCKER,

    Plaintiff,

vs.

BLACKFISK MARINE, LLC,
a Florida limited liability company,
and JEAN TRAYNOR, an individual,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Court's January 10, 2023 Order Granting, in Part, *Ex Parte* Motion for Temporary Restraining Order ("Temporary Restraining Order") [DE 62], and the February 2, 2023 Report and Recommendation of Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 95].

The Report recommends that the Court enter an Order allowing Defendant Blackfisk Marine, LLC to move the subject vessels to a boat ramp in Fort Lauderdale, Florida so that a sea-trial can be conducted on the subject vessels and otherwise permitting movement of the vessels upon agreement of the parties for purposes of facilitating settlement, leaving the reminder of the Temporary Restraining Order undisturbed. *See* [DE 95]. The Report also suggests that a period of objection pursuant to 28 U.S.C. § 636(b)(1) and S.D. Fla. Mag. R. 4(a) is unnecessary given that the parties agree to the requested relief, or the requested relief is otherwise unopposed. *See id.*

Although all parties agree as to the requested relief or the requested relief is otherwise unopposed, *see* [DE 92], the Court has conducted a *de novo* review of the Report [DE 95] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's conclusion that good cause exists to permit Blackfisk Marine, LLC to move the subject vessels to a boat ramp in Fort Lauderdale, Florida and to otherwise permit movement of the vessels for the purpose of facilitating settlement.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 95] is hereby **ADOPTED** and **APPROVED**.

2. Defendant Blackfisk Marine, LLC is permitted to move the subject vessels to a boat ramp in Fort Lauderdale, Florida so that a sea-trial can be conducted on the subject vessels and is otherwise permitted to move the subject vessels upon agreement of the parties for purposes of facilitating settlement.

3. The remainder of the Temporary Restraining Order [DE 62] shall remain undisturbed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of February 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Augustin-Birch